UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN NEWMAN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 2:23-cv-02708-JFM |
| | : | |
| FRED BEANS PARTS, INC. and | : | JURY DEMAND |
| FRED BEANS HOLDINGS, INC., | : | |
| | : | |
| Defendants. | : | |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

**TO THE CLERK OF THE DISTRICT COURT:**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendants, Fred Beans Holdings, Inc., and Fred Beans Parts, Inc., state as follows:

The nongovernmental corporate party, Fred Beans Parts, Inc., in the above listed civil action have the following parent corporation(s) that owns 10% or more of its stock: Fred Beans Holdings, Inc.

The nongovernmental corporate party, Fred Beans Holdings, Inc. does not have any parent corporation(s) or any publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

O'HAGAN MEYER PLLC

 /s/ Alyssa R. DeTreux
Jacqueline K. Gallagher, Esquire (PA #77833)
Alyssa R. DeTreux, Esquire (PA #330683)
Three Logan Square
1717 Arch Street, Suite 3910
Philadelphia PA 19103
(T) 215-461-3325 (direct dial)
adetreux@ohaganmeyer.com
*Counsel for Defendants,*
*Fred Beans Holdings, Inc.,*
*and Fred Beans Parts, Inc.*

Date:  August 14, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August 2023, I caused a true and correct copy of the foregoing **Corporate Disclosure Statement** to be filed with the Clerk of the Court via the Electronic Filing System and to be served upon counsel of record listed below:

David M. Koller, Esquire
Jordan D. Santo, Esquire
2043 Locust Street, Suite 1B
Philadelphia, PA 19103
T: 215-545-8917
F: 215-575-0826
davidk@kollerlawfirm.com
jordans@kollerlawfirm.com
*Attorneys for Plaintiff*

O'HAGAN MEYER PLLC

 */s/ Alyssa R. DeTreux*
Alyssa R. DeTreux, Esquire
*Counsel for Defendants,*
*Fred Beans Holdings, Inc.,*
*and Fred Beans Parts, Inc*